UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIRATE WATER TAXI, LLC, TACHT
STARSHIP DINING CRUISES, L.L.C.,
and DARA HINDMAN,

    Plaintiffs,

v.                                         Case No: 8:22-cv-1878-KKM-UAM

TAMPA WATER TAXI COMPANY
LLC,

    Defendant.
_____

## ORDER

Plaintiffs move for default judgment against Tampa Water Taxi Company, LLC. Mot. for Default J. (Doc. 52). The Magistrate Judge recommended that I grant the motion. R&R (Doc. 53). Copies of the recommendation have been mailed to the parties, the seventeen-day deadline for the parties to object to the recommendation has passed, and neither Party has objected. Nevertheless, I review the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). After review, I conclude that default judgment against Tampa Water Taxi Company, LLC, is appropriate for the reasons that the Magistrate Judge stated. *See* R&R.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation, (Doc. 53), is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiffs' Motion for Default Judgment, (Doc. 52), against Tampa Water Taxi Company, LLC, is **GRANTED**.

3. The court enters a **DECLARATORY JUDGMENT** that Plaintiffs' registration, ownership, and use of the domain "tampawatertaxi.com" and use of the words "Tampa Water Taxi" are lawful and do not infringe on any right that Defendant may claim, including under the Lanham Act, 15 U.S.C. § 1051 *et. Seq.*, or the ACPA, 15 U.S.C. § 1114; and that Plaintiffs are not required to transfer the domain "tampawatertaxi.com."

4. The court **ENJOINS** the Registrar from transferring the domain "tampawatertaxi.com" to Defendant and the Defendant from attempting to effectuate transfer of the domain or accepting transfer of the domain.

5. The Clerk is directed to enter a **FINAL JUDGMENT** in favor of the Plaintiffs and against Defendant.

**ORDERED** in Tampa, Florida, on November 27, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge